UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-00216-F

| | | |
|---|---|---|
| BRIAN R. DAVIS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEPUY ORTHOPAEDICS, INC.; DEPUY, INC.; | ) | |
| DEPUY INT'L, LTD.; JOHNSON & JOHNSON; | ) | |
| JOHNSON & JOHNSON, INT'L, | ) | |
|     Defendants. | ) | |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge.

SO ORDERED.

This, the 5th day of May, 2011.

JAMES C. FOX
Senior United States District Judge